Christopher Addy (SBN: 256044)  JS-6
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x271
Fax: 866-583-3695
caddy@consumerlawcenter.com
Attorneys for Plaintiff,
CURTIS LANEY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CURTIS LANEY,<br><br>            Plaintiff,<br>      v.<br><br>FIRST SOURCE ADVANTAGE, LLC,<br><br>            Defendant. | Case No.: 2:10-cv-08334 VBF(RZx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 3, 2011

*Valerie Baker Fairbank*
The Honorable Judge
United States District Judge

---

1

[Proposed] Order